UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40117 |
| Plaintiff, | |
| vs. | MOTION TO DISMISS INDICTMENT |
| LESTER JAHNIG, | |
| Defendant. | |

---

The United States, by and through its undersigned attorney, moves this Court for an Order dismissing the Indictment in the above-entitled case as it pertains to the Defendant, Lester Jahnig, on the grounds and for the reason that the interests of justice will be best served by dismissing said Indictment with prejudice.

Dated this 27th day of January, 2022.

DENNIS R. HOLMES
United States Attorney

*/s/ Jeffrey C. Clapper*

---

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605) 357-2351
Facsimile: (605) 330-4410
E-Mail: Jeff.Clapper@usdoj.gov